IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CT-3277-D

| | | |
|---|---|---|
| OFFIE C. BROWN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOE BIDEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On September 8, 2026, Offie C. Brown, Jr. ("Brown" or "plaintiff"), a state inmate proceeding pro se, filed a complaint under 42 U.S.C. § 1983 [D.E. 1]. Brown moves for appointment of counsel [D.E. 4] and to voluntarily dismiss this action [D.E. 5].

A plaintiff may dismiss an action voluntarily by filing a notice of dismissal before the adverse party files an answer or a summary judgment motion. See Fed. R. Civ. P. 41(a)(1)(A)(i). Otherwise, a dismissal may be effected "only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Defendants have not filed an answer or a motion for summary judgment. Thus, Brown may voluntarily dismiss the action.

In sum, the court GRANTS plaintiff's motion for voluntary dismissal [D.E. 5], DENIES AS MOOT plaintiff's motion for appointment of counsel [D.E. 4], and DISMISSES WITHOUT PREJUDICE this action. The court DIRECTS the clerk to close the case.

SO ORDERED. This 30 day of September, 2026.

J. Dever
JAMES C. DEVER III
United States District Judge